NUMBER 13-07-211-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE THE ESTATE OF ALYSSA RENEE RODRIGUEZ


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza


Per Curiam Memorandum Opinion (1)



 Relator, the Estate of Alyssa Renee Rodriguez, filed a petition for writ of
mandamus in the above cause on April 2, 2007, complaining that the Honorable Judge
J. Manuel Banales, the Presiding Judge of the Fifth Administrative Judicial Region,
abused his discretion in granting a motion to recuse the trial court judge, the Honorable
Daniel T. Robles. 

 In most cases, an appeal is an adequate remedy to challenge an erroneous ruling
on a motion to recuse. In re Union Pac. Res. Co., 969 S.W.2d 427, 428-29 (Tex.
1998). Rule 18a(f) of the rules of civil procedure specifically provides that if a motion
to recuse is denied following a hearing, it is reviewable on appeal from the final
judgment. See Tex. R. Civ. P. 18a(f). In contrast, however, if the motion to recuse
is granted, the order of recusal is not reviewable. See id.; In re Lutz, 164 S.W.3d 721,
723-724 (Tex. App.-El Paso 2005, orig. proceeding); Dist. Judges of Collin County
v. Comm'rs Court of Collin County, 677 S.W.2d 743, 745 (Tex. App.-Dallas 1984,
writ ref'd n.r.e.). 

 The Court, having examined and fully considered the petition for writ of
mandamus and response thereto is of the opinion that relator has not shown itself 
entitled to the relief sought. Accordingly, the petition for writ of mandamus is
DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and filed

this 10th day of April, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).